UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:20-cv-00001-MOC

| | |
|---|---|
| LC SMITH, <br> Plaintiff, | ) <br> ) <br> ) |
| v. | ) <br> ) |
| ANDREW SAUL, <br> Commissioner of Social Security, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

The Fourth Circuit Court of Appeals has ordered this Court, pursuant to sentence four of 42 U.S.C. § 405(g), to enter a judgment reversing the Commissioner's decision with a remand of the cause for further administrative proceedings. (Doc. No. 25).

Pursuant to the power of this Court to enter a judgment reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405 (g), this Court hereby **REVERSES** the administrative law judge's decision and **REMANDS** the case to the Commissioner of Social Security for further consideration.

Signed: June 28, 2021

Max O. Cogburn Jr.
United States District Judge