# United States District Court
# Western District of North Carolina
# Statesville Division

| | |
|---|---|
| LC Smith, | JUDGMENT IN CASE |
| Plaintiff(s), | 5:20-cv-00001-MOC |
| vs. | |
| Andrew M. Saul, | |
| Defendant(s). | |

DECISION BY COURT. This action having come before the Court upon Remand and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 28, 2021 Order.

June 28, 2021

Frank G. Johns, Clerk
United States District Court