UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:20-cv-01-MOC

| | |
|---|---|
| LC SMITH, )<br>)<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>KILOLO KIJAKAZI, )<br>**Acting Commissioner of** )<br>**Social Security** )<br>**Defendant.** )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court on counsel for Plaintiff's Motion for Attorney's Fees under 42 U.S.C. § 406(b) in the amount of $33,441.75, less the $7,250.00 previously paid to Plaintiff's counsel pursuant to the Equal Access to Justice Act. (Doc No. 32). Defendant filed a Response to the Motion, noting that under Gisbrecht v. Barnhart, 535 U.S. 789 (2002), it is the duty of the Court to determine a reasonable fee. (Doc No. 35). The Court finds that the requested amount is reasonable.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Defendant shall pay from the Plaintiff's past due benefits directly to the Plaintiff's attorney, George C. Piemonte, the amount of $26,191.75 to Plaintiff's attorney for the net attorney's fees pursuant to the Social Security Act, 42 U.S.C. § 406(b) within a reasonable time.

Signed: February 1, 2023

Max O. Cogburn Jr.
United States District Judge